OSVALDO E. FUMO, ESQ.
Nevada State Bar.: 5956
PITARO & FUMO, CHTD.
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
PHONE: (702) 388-6318 FAX: (702) 474-4210
Email: kristine.fumolaw@gmail.com/ ozzie@fumolaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-MJ-00845-EJY-1 |
| Plaintiff, | Stipulation to Continue Trial Date (2nd Request) |
| vs. | |
| WARD STEWART WARREN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, Defendant WARD STEWART WARRENT through undersigned counsel, OSVALDO E. FUMO, ESQ., and United States Attorney, and MELANEE SMITH, Assistant United States Attorney, counsel for the United States of America, that the trial date currently scheduled for April 10, 2024, at 9:30 a.m., in the above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than sixty (60) days.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The parties agree to the continuance.

3. The defendant is not currently detained pending trial and does not object to a

continuance.

4. Attorney for Defendant begins a jury trial in State court for *State of Nevada v Richard Babb.*

5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

6. This is the second stipulation to continue filed herein.

DATED this 3rd day of April 2024.

                                                             Respectfully submitted,
                                                             JASON M. FRIERSON
                                                             United States Attorney

*/s/ Osvaldo E. Fumo, Esq.*                    */s/ Melanee Smith*
OSVALDO E. FUMO, ESQ.                     MELANEE SMITH
Counsel for Defendant                            Assistant United States Attorney
**WARD STEWART WARREN**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARD STEWART WARREN,<br><br>Defendant. | 2:23-MJ-00845-EJY-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The parties agree to the continuance.

3. The defendant is not currently detained pending trial and does not object to a continuance.

4. Attorney for Defendant begins a jury trial in State court for *State of Nevada v Richard Babb.*

5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

6. This is the second stipulation to continue filed herein.

**ORDER**

IT IS THERFORE ORDERED that the trial currently scheduled for April 10, 2024, at the hour of 9:30 a.m., be vacated and continued to July 10, 2024, at the hour of 9:30 am in Courtroom 3D.

DATED this 3rd day of April, 2024.

_____
THE HONORABLE JUDGE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE