# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARD STEWART WARREN,<br><br>Defendant. | 2:23-MJ-00845-EJY-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The parties agree to the continuance.

3. The defendant is not currently detained pending trial and does not object to a continuance.

4. Defendant will be out of the jurisdiction till after September 21, 2024.

5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

6. This is the third stipulation to continue filed herein.

3

**ORDER**

IT IS THERFORE ORDERED that the trial currently scheduled for July 10, 2024, at the hour of 9:30 a.m., be vacated and continued to October 2, 2024, at the hour of 9:30 am in Courtroom 3D.

DATED 26th day of June, 2024.

_____
THE HONORABLE JUDGE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE