OSVALDO E. FUMO, ESQ.
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: ozzie@fumolaw.com / kristine.fumolaw@gmail.com
Attorney for Defendant
**WARD STEWART WARREN**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARD STEWARD WARREN,<br><br>Defendant. | Case No. 2:23-mj-00845-EJY-1 |

### ORDER

Based upon the Stipulation of Counsel, and with good cause appearing:

**IT IS SO ORDERED** that Count One on the Guilty Plea Agreement is withdrawn and **Amended to Count One to a Charge of Reckless Driving, a violation of 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1).**

**IT IS SO ORDERED** that this case is **CLOSED.**

DATED this 22nd day of October, 2025

_____
US MAGISTRATE JUDGE

-3-